This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**ANGELICA REZA,**

Petitioner-Appellee,

**v.**                                                                                    **No. 35,336**

**VICTOR MENDOZA,**

Respondent-Appellant,

**and**

**STATE OF NEW MEXICO ex rel.**
**HUMAN SERVICES DEPARTMENT,**

Intervenor-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Gerard J. Lavelle, District Judge**

Angelica Reza
Albuquerque, NM

Pro se Appellee

Carpenter & Associates
Joshua Carpenter
Albuquerque, NM

for Appellant

New Mexico Human Services Department
Blas Villanueva
Albuquerque, NM

for Intervenor-Appellee

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}     Affirmed.

{3}     **IT IS SO ORDERED.**

_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**J. MILES HANISEE, Judge**